1  MEREDITH, WEINSTEIN & NUMBERS, LLP
   Barron L. Weinstein (Bar No. 067972)
2  bweinstein@mwncov.com
   Shanti Eagle (Bar No. 267704)
3  seagle@mwncov.com
   115 Ward Street
4  Larkspur, CA 94939
   Telephone:  (415) 927-6920
5  Facsimile:   (415) 927-6929

6  *Attorneys for Defendants*
   Paul M. Zagaris, Inc., Jon Paul Zagaris,
7  Karrie Goold, Danielle Hardcastle,
   Esther Gutierrez, Fred Oshtory,
8  and Michael P. Dutra

9

                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                    SAN FRANCISCO DIVISION
12

13  HANOVER INSURANCE COMPANY,            CASE NO.: 3:16-CV-01099-JCS

14          Plaintiff,                    **STIPULATION TO EXTEND TIME FOR
                                          DEFENDANTS TO ANSWER OR
15  v.                                    OTHERWISE RESPOND TO
                                          PLAINTIFF'S COMPLAINT**
16
    PAUL M. ZAGARIS, INC., a California   **Assigned to:    Hon. Joseph C. Spero**
17  corporation, JON PAUL ZAGARIS, KARRIE
    GOOLD, DANIELLE HARDCASTLE,
18  ESTHER GUTIERREZ, FRED OSHTORY,       Action Filed:    March 13, 2016
    and MICHAEL P. DUTRA,
19
            Defendants.
20

21

22         Pursuant to the United States District Court, Northern District of California Local Rules,

23  Rule 6-1(a), counsel for Plaintiff Hanover Insurance Company ("Hanover") and counsel for

24  Defendants Paul M. Zagaris, Inc., Jon Paul Zagaris, Karrie Goold, Danielle Hardcastle, Esther

25  Gutierrez, Fred Oshtory, and Michael P. Dutra (collectively "Defendants"), state:

26         The Summons and Complaint in this action have been served on the Defendants and a

27  pleading responsive to the Complaint is currently due from Defendants on April 18, 2016.

28         Pursuant to Local Rule 6-1(a), the respective attorneys for Plaintiff Hanover Insurance

MEREDITH, WEINSTEIN & NUMBERS, LLP
115 WARD STREET
LARKSPUR, CALIFORNIA 94939

MEREDITH, WEINSTEIN & NUMBERS, LLP
115 WARD STREET
LARKSPUR, CALIFORNIA 94939

1  Company and Defendants agree to extend the time for Defendants to respond or otherwise plead to

2  the Complaint to and including Monday, May 9, 2016, unless a subsequent order of the Court

3  extends or has the effect of further extending the time for Defendants to respond or otherwise

4  plead to the Compliant.

5       Current Court ordered event dates or deadlines are not affected by this stipulation.

6

7       **IT IS SO STIPULATED**.

8

9  DATED: April 15, 2016                    MEREDITH, WEINSTEIN & NUMBERS, LLP

10

11

12                                          By:   */s/ Shanti Eagle*
                                                  Shanti Eagle

13                                          *Attorneys for Defendants*
                                            Paul M. Zagaris, Inc., Jon Paul Zagaris,
14                                          Karrie Goold, Danielle Hardcastle,
                                            Esther Gutierrez, Fred Oshtory,
15                                          and Michael P. Dutra

16

17  DATED: April 15, 2016                   LEWIS BRISBOIS BISGAARD & SMITH LLP

18

19  Dated: 4/21/16                          By:   */s/ Perry M. Shorris*
                                                  Perry M. Shorris
20

21                                          *Attorneys for Plaintiff*
                                            Hanover Insurance Company
22

23  I, Shanti Eagle, hereby attest based upon my own personal knowledge, that concurrence in the
    filing of this Stipulation has been obtained from each of the other Signatories hereto, which shall
24  serve in lieu of their signatures on the document pursuant to Local Rule 5-1(i)(3).

25       I declare under penalty of perjury under the laws of the United States and State of
    California that the foregoing attestation is true and correct, and was executed on April 15, 2016 at
26  Larkspur, California.

27                                               */s/ Shanti Eagle*
                                                 Shanti Eagle
28

*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*
IT IS SO ORDERED
Judge Joseph C. Spero

**PROOF OF SERVICE**

*Hanover Insurance Company, v. Paul M. Zagaris, Inc. et al.*
Case No. 3:16-CV-01099-JCS

I am a citizen of the United States, over the age of 18 years and not a party to the within action. I am employed in the City of Larkspur, County of Marin, California, and my business address is 115 Ward Street, Larkspur, California, 94939.

On April 18, 2016, I served the following document(s):

**Notice and Acknowledgement of Receipt of Summons and Complaint re:**

- **Paul M. Zagaras, Inc.,**
- **Jon Paul Zagaris,**
- **Karrie Goold,**
- **Danielle Hardcastle,**
- **Esther Gutierrez,**
- **Fred Oshtory, and**
- **Michael P. Dutra,**

I served the documents to the following parties:

Kathleen E. Hegen (104522)
Perry Shorris (Pro Hac Vice)
LEWIS BRISBOIS BISGAARD & SMITH, LLP
333 Bush Street, Suite 1100
San Francisco, CA 94104

*Attorneys for Plaintiff*
Hanover Insurance Company

_____ **By USPS:** I enclosed the document(s) in a sealed envelope or package addressed to the person at the address listed above and deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

__X__ **By Electronic Service:** through the Court's Notice of Electronic Filing CM/ECF.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on April 18, 2016, at Larkspur, California.

_____
Charles D. Yeo

MEREDITH, WEINSTEIN & NUMBERS, LLP
115 WARD STREET
LARKSPUR, CALIFORNIA 94939