IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HANOVER INSURANCE COMPANY,

    Plaintiff,

v.

PAUL M. ZAGARIS, INC., a California corporation, JON PAUL ZAGARIS, KARRIE GOOLD, DANIELLE HARDCASTLE, ESTHER GUTIERREZ, FRED OSHTORY, and MICHAEL P. DUTRA,

    Defendants.

No. C 16-01099 WHA

**NOTICE RE CASE MANAGEMENT CONFERENCE**

At the case management conference scheduled for **JUNE 23 AT 8:00 A.M.**, counsel should be prepared to address the feasibility of referral of both parties to mediation before a magistrate judge. This includes referring plaintiff in the underlying case to the same magistrate judge so that all potentially interested parties can be in one forum. Counsel shall inquire of counsel for plaintiff in the underlying action concerning the feasibility of such a plan.

Dated: June 21, 2016.

                                WILLIAM ALSUP
                                UNITED STATES DISTRICT JUDGE