MEREDITH, WEINSTEIN & NUMBERS, LLP
Barron L. Weinstein (Bar No. 067972)
bweinstein@mwncov.com
Shanti Eagle (Bar No. 267704)
seagle@mwncov.com
115 Ward Street
Larkspur, CA 94939
Telephone:  (415) 927-6920
Facsimile:   (415) 927-6929

*Attorneys for Defendants*
Paul M. Zagaris, Inc., Jon Paul Zagaris,
Karrie Goold, Danielle Hardcastle,
Esther Gutierrez, Fred Oshtory,
and Michael P. Dutra

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HANOVER INSURANCE COMPANY,<br><br>     Plaintiff,<br><br>v.<br><br>PAUL M. ZAGARIS, INC., a California corporation, JON PAUL ZAGARIS, KARRIE GOOLD, DANIELLE HARDCASTLE, ESTHER GUTIERREZ, FRED OSHTORY, and MICHAEL P. DUTRA,<br><br>     Defendants. | CASE NO.: 3:16-CV-01099-WHA<br><br>**STIPULATION AND REQUEST TO RESCHEDULE TELEPHONIC CONFERENCE WITH MAGISTRATE JUDGE WESTMORE; and [PROPOSED] ORDER**<br><br>**Assigned to:    Hon. William H. Alsup**<br><br>(Assigned to Magistrate Judge Kandis A. Westmore for settlement)<br><br>Action Filed:    March 13, 2016<br><br>Trial Date:       April 10, 2017 at 7:30 am |

Pursuant to the United States District Court, Northern District of California Local Rules, Rule 6-1(b), counsel for Plaintiff Hanover Insurance Company ("Hanover") and counsel for Defendants Paul M. Zagaris, Inc., Jon Paul Zagaris, Karrie Goold, Danielle Hardcastle, Esther Gutierrez, Fred Oshtory, and Michael P. Dutra (collectively "Defendants"), HEREBY STIPULATE AND AGREE as follows:

1  WHEREAS, this matter has been assigned to Magistrate Judge Kandis Westmore for
2  settlement. On July 5, 2016, the Court issued a notice of a pre-settlement telephone conference on
3  August 17, 2016, at 2:15 p.m. (Docket No. 51);

4  WHEREAS, lead counsel for Plaintiffs has another court appearance in front of a District
5  Court judge at that same time; and

6  WHEREAS, lead counsel for Defendants has another appearance in front of a District
7  Court judge at that same time.

8  Based on the unavailability of Counsel for all Parties, and the Court's unavailability in the
9  month of September, the Parties stipulate and request that the pre-settlement telephone conference
10 be rescheduled to **October 13, 2016 at 2:15 p.m**., or as soon thereafter as the Court's schedule
11 permits.

12 No other current Court ordered event dates or deadlines are affected by this stipulation.

14 **IT IS SO STIPULATED**.

16 DATED: July 19, 2016                    MEREDITH, WEINSTEIN & NUMBERS, LLP

18                                          By:  */s/ Shanti Eagle*
                                                 Shanti Eagle

19                                          *Attorneys for Defendants*
20                                          Paul M. Zagaris, Inc., Jon Paul Zagaris,
                                            Karrie Goold, Danielle Hardcastle,
21                                          Esther Gutierrez, Fred Oshtory,
                                            and Michael P. Dutra

23 DATED:  July 19, 2016                   LEWIS BRISBOIS BISGAARD & SMITH LLP

25                                          By:  */s/ Perry M. Shorris*
26                                               Perry M. Shorris
                                                 Kathleen Hegen

27                                          *Attorneys for Plaintiff*
28                                          Hanover Insurance Company

MEREDITH, WEINSTEIN & NUMBERS, LLP
115 WARD STREET
LARKSPUR, CALIFORNIA 94939

1  I, Shanti Eagle, hereby attest, based upon my own personal knowledge, that concurrence in the filing of this Stipulation has been obtained from each of the other Signatories hereto, which shall serve in lieu of their signatures on the document pursuant to Local Rule 5-1(i)(3).

I declare under penalty of perjury under the laws of the United States and State of California that the foregoing attestation is true and correct, and was executed on July 19, 2016 at Larkspur, California.

*/s/ Shanti Eagle*
Shanti Eagle

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION**, and for good cause shown, **IT IS HEREBY ORDERED** that the pre-settlement telephone conference currently scheduled for August 17, 2016, at 2:15 p.m. is rescheduled to **October 13, 2016 at 2:15 p.m**.

IT IS SO ORDERED.

Dated: 7/21/16

*Kandis Westmore*

Hon. Kandis A. Westmore

United States Magistrate Judge