**LEWIS BRISBOIS BISGAARD & SMITH LLP**
KATHLEEN E. HEGAN, SB# 104522
  E-Mail: Kathleen.Hegen@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104
Telephone: 415.438.6656
Facsimile: 415.434.0882

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
PERRY M. SHORRIS (admitted *pro hac vice*)
  E-Mail: Perry.Shorris@lewisbrisbois.com
550 West Adams Street, Suite 300
Chicago, IL. 60661
Telephone: 312.345.1718
Facsimile: 312.345.1778

Attorneys for Plaintiff
HANOVER INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANOVER INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PAUL M. ZAGARIS, INC., et al.,<br><br>Defendants. | CASE NO. 16-cv-1099-WHA-KAW<br><br>**[PROPOSED] ORDER ON STIPULATION TO RESCHEDULE SETTLEMENT CONFERENCE** |

The Court, having considered the Parties' Stipulation to Reschedule the Settlement Conference, and finding good cause, therefore:

IT IS HEREBY ORDERED that the Settlement Conference is rescheduled from February 1, 2017 at 10:00 A.M. to March 27, 2017 at 11:00 A.M.

IT IS SO ORDERED.

Dated: ___1/27_____, 2017

_____
Hon. Kandis A. Westmore
United States Magistrate Court Judge

4835-5658-1952.1

[Proposed] Order on the Parties' Stipulation to Reschedule Settlement Conference