IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HANOVER INSURANCE COMPANY,

    Plaintiff,

  v.

PAUL M. ZAGARIS, INC., a California corporation, JON PAUL ZAGARIS, KARRIE GOOLD, DANIELLE HARDCASTLE, ESTHER GUTIERREZ, FRED OSHTORY, and MICHAEL P. DUTRA,

    Defendants.

No. C 16-01099 WHA

**JUDGMENT**

    For the reasons stated in the accompanying order on the cross-motions for summary judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants Paul M. Zagaris, Inc., Jon Paul Zagaris, Karrie Goold, Danielle Hardcastle, Esther Gutierrez, Fred Oshtory, and Michael P. Dutra and against plaintiff Hanover Insurance Company. The Clerk **SHALL CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: February 23, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE